INDIGO SECURED HIGH INCOME NOTE, LTD., Respondent, v HCI SECURED MEDICAL RECEIVABLES SPECIAL PURPOSE CORPORATION et al., Defendants, and STEVEN NITSBERG, Appellant.

Submitted April 10, 2017; decided June 6, 2017

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).